ACCEPTED
05-15-01220-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/9/2015 11:14:58 AM
LISA MATZ
CLERK

## NO. 05-15-01220-CV

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE COURT OF APPEALS** |
| | § | 5th COURT OF APPEALS |
| | § | DALLAS, TEXAS |
| **N.A.** | § | **FIFTH DISTRICT** |
| | § | LISA MATZ |
| | § | Clerk |
| | § | |
| **CHILD** | § | **OF TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/9/2015 11:14:58 AM
LISA MATZ
Clerk

## MOTION TO REINSTATE REQUEST FOR REPORTERS RECORD

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS FIFTH DISTRICT OF TEXAS:

NOW COMES Frank Adler, court-appointed attorney for appellant and requests that the Court grant this Motion to Reinstate Request for Reporters Record. In support, counsel shows:

Counsel filed a Notice of Appeal and Request for Preparation of Reporter's Record with the Dallas County District Clerk on October 2, 2015. Appellant's Counsel admits that he did not properly notify the Court Reporter of the Request for Reporter's Record on October 2, 2015 and was unaware that she still had not been notified on October 28, 2015.

Appellant's Counsel has since properly notified the Court Reporter and it is his understanding that the Reporter's Record will be very brief as the parties to the lawsuit had executed a Mediated Settlement Agreement and the only official record made on the date of the termination trial was a Mediated Settlement Agreement prove-up.

WHEREFORE, PREMISE CONSIDERED, Movant, Frank Adler, prays the Court grant his motion and give him a one-time exception for failing to properly notify the Court Reporter of his Request for Reporter's Record.

Respectfully submitted,

_Frank Adler_
Frank Adler
Attorney for Respondent Mother
SBN: 24056787
2501 Avenue J, Suite 100
Arlington, Texas 76006
Tel:    817-633-3838
Fax:    888-605-7225
Email: frankadlerlaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on November 9, 2015.

_Frank Adler_
Frank Adler

## CERTIFICATE OF CONFERENCE

Counsel contacted Lori Ordiway, appellate counsel for the TDFPS, on the merits of this motion and she was not opposed.

Counsel made diligent efforts to speak with Ben Barton, Guardian/attorney ad litem for the child, on the merits of this motion but was unable to reach him before filing this document.

_Frank Adler_
Frank Adler